# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: admin | Date Created: 6/23/2026 |
| Case: 26–22634–dsj | Form ID: 309I | Total: 12 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Chaim Shloma Eisenberg        15 Dawn Ln        Airmont, NY 10901
ust       United States Trustee        Office of the United States Trustee – NY        Alexander Hamilton Custom House        One Bowling Green, Room 534        New York, NY 10004–1408
tr        Thomas C. Frost        Chapter 13 Standing Trustee        399 Knollwood Rd        Suite 102        White Plains, NY 10603
smg       N.Y. State Unemployment Insurance Fund        P.O. Box 551        Albany, NY 12201–0551
smg       New York State Tax Commission        Bankruptcy/Special Procedures Section        P.O. Box 5300        Albany, NY 12205–0300
smg       United States Attorney's Office        Southern District of New York        Attention: Tax & Bankruptcy Unit        86 Chambers Street, Third Floor        New York, NY 10007
9427001   53rd Bank        1 Arthur Ct        Spring Valley, NY 10977
9426999   BHG Financial        c/o CCMR3        318 S. Clinton St.        Suite 400 & 500        Syracuse, NY 13202
9427002   Carrington Mortgage Servicing        1 Arthur Ct        Spring Valley, NY 10977
9426998   Michael Sabo        MLS Real Estate Consultants        2 Slevin Ct.        Monsey, NY 10952
9427000   Midland Credit Management        320 E Big Beaver Rd        Suite 300        Troy, MI 48083
9427003   Newrez LLC        DBA Shellpoint Mortgage        30 Polnoye Rd.        Spring Valley, NY 10977

                                                                                    TOTAL: 12